# Order

Michigan Supreme Court
Lansing, Michigan

October 5, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153442

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

LAMAR LATIEFF WALKER, II,
      Defendant-Appellant.

SC: 153442
COA: 322810
Wayne CC: 13-006664-FC

_____/

      On order of the Court, the application for leave to appeal the February 4, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 5, 2016

Clerk

s0928